IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00257-MSK-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7301 POUDRE CANYON, BELLVUE, COLORADO,

    Defendant.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on the Motion to Stay or Continue Civil Forfeiture Proceedings **(#11)** filed April 16, 2007.

John Eric Wing has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion **(#11)** is **DENIED**, without prejudice.

Dated this 24th day of April, 2007

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge