IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00257-MSK-MJW

UNITED STATES OF AMERICA,
            Plaintiff,
v.

7301 POUDRE CANYON, BELLVUE, COLORADO,
            Defendant.
_____

COUNTRYWIDE HOME LOANS,
            Claimant.

_____

## ORDER GRANTING MOTION TO STAY

_____

THIS MATTER comes before the Court  on Defendant's Motion to Stay or Continue

Forfeiture Proceedings **(#22).**  The Court being advised in the foregoing.

**ORDERS** that the Motion **(#22) is GRANTED**.  Accordingly, these proceedings are

stayed until September 28, 2007 as to John Eric Wing, only, due to the pendency of the Larimer

County District Court Criminal case against John Eric Wing.  Mr. Wing's Answer will be filed on

September 28, 2007 or  within 20 days after the state case is concluded, whichever occurs earlier.

If the state case has not been concluded by September 28, 2007, Mr. Wing may move to extend

the stay.

Dated this 18th day of May, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge