IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cv-00257-MSK-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7301 POUDRE CANYON, BELLVUE, COLORADO,

    Defendant.

---

**ORDER** (Docket No. 34)

---

This matter having come before the Court on the Unopposed Motion to Vacate Scheduling/Planning Conference, and the Court being fully apprised, it is hereby ORDERED that the Scheduling/Planning Conference set for April 22, 2008 is VACATED. It is further ORDERED that settlement documents or a Status Report shall be filed on or before May 2, 2008.

DATED this 11th day of March 2008.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge