IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00257-MSK-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

7301 POUDRE CANYON, BELLVUE, COLORADO,

       Defendant.

---

## FINAL ORDER OF FORFEITURE
---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and John Eric Wing by and through his attorney Gilbert O. Montoya, Jr., Esq., and claimant Countrywide Home Loans Inc., by and through attorney Jeremy D. Peck, Esq., have reached a settlement in this case, and have filed Settlement Agreements with the Court resolving all issues in dispute;

THAT no other claims to defendant 7301 Poudre Canyon, Bellvue, Colorado have been filed;

THAT upon agreement of the parties, John Eric Wing agrees to forfeit all right, title and interest of Tract 1 of defendant 7301 Poudre Canyon, Bellvue, Colorado, more

fully described as:
> Tract 1, Amended Plat of Lots 3 and 4 and part of Lots 2, 5, and 6
> Block C,
> Mycamp Subdivision,
> County of Larimer, State of Colorado

THAT The United States agrees to release from this action Tract 2 of defendant 7301 Poudre Canyon, Bellvue, Colorado, more fully described as:

> Tract 2 Amended Plat of Lots 3 and 4 and Part of Lots 2, 5, and 6,
> Block C,
> Mycamp Subdivision,
> County of Larimer, State of Colorado ;

THAT upon entry of Final Order of Forfeiture and sale of defendant 7301 Poudre Canyon, Bellvue, Colorado, the United States, to the extent of the proceeds of the sale, shall satisfy the first Deed of Trust held by claimant Countrywide Home Loans, Inc. in accordance with the terms of the parties' Settlement Agreement;.

THAT upon entry of Final Order of Forfeiture of defendant 7301 Poudre Canyon, Bellvue, Colorado, Countrywide's Deed of Trust Line of Credit will be extinguished absolving the United States from any liability in accordance with the terms of the parties' Settlement Agreement; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States shall have full and legal title to Tract 1, Amended Plat of Lots 3 and 4 and Part of Lots 2, 5, and 6, Block C, Mycamp Subdivision, County of Larimer, State of Colorado of defendant 7301 Poudre Canyon, Bellvue, Colorado, shall enter in favor of the United States; and

THAT the Motion **(#46)** is **GRANTED** and a Certificate of Reasonable Cause

pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to defendant 7301 Poudre Canyon, Bellvue, Colorado.

DATED this 30th day of July, 2008.

BY THE COURT:

Marcia S. Krieger
United States District Judge